BEFORE THE FIRST DIVISION, JANUARY 30, 1961

No. 65102.—D. N. & E. Walter & Company et al. *v.* United States, protests 329771–K, etc. (Baltimore).

Opinion by MOLLISON, J.   In accordance with stipulation of counsel that the merchandise consists of valances similar in all material respects to those the subject of *D. N. & E. Walter & Co. et al.* v. *United States* (43 Cust. Ct. 26, C.D. 2098), the claim of the plaintiffs was sustained.

No. 65103.—Dodge & Olcott, Inc., et al. *v.* United States, protests 186859–K, etc. (New York).

Opinion by MOLLISON, J.   In accordance with stipulation of counsel that the issue herein is the same as that involved in *United States* v. *Dodge & Olcott, Inc.* (47 C.C.P.A. 100, C.A.D. 737), the claim of the plaintiffs was sustained.

No. 65104.—Roberts, Reilly & Sons et al. *v.* United States, protests 315939–K, etc. (New York).

Opinion by MOLLISON, J.   In accordance with stipulation of counsel that the issue herein is the same as that involved in *United States* v. *Dodge & Olcott, Inc.* (47 C.C.P.A. 100, C.A.D. 737), the claim of the plaintiffs was sustained.

No. 65105.—Arthur Salm, Inc. *v.* United States, protest 58/23006–10299 (Chicago).

Opinion by MOLLISON, J.   In accordance with oral stipulation of counsel that the merchandise consists of manufactures of leather, other than reptile leather, to wit, leather picture frames, the claim of the plaintiff was sustained.